UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-CV-80816-ROSENBERG/BRANNON

SANTIAGO ABREU,

    Plaintiff,

v.

NEAT ENTERPRISES, INC. d/b/a
HOOKAH INN LOUNGE,

    Defendant.
_____/

## FINAL DEFAULT JUDGMENT

It is **ORDERED AND ADJUDGED** that Final Judgment is **ENTERED** in favor of Plaintiff SANTIAGO ABREU and against Defendant NEAT ENTERPRISES, INC. d/b/a HOOKAH INN LOUNGE. Defendant shall alter its Premises located at 720 Lake Avenue, Lake Worth, Florida 33460 within six (6) months of the date of this Judgment to make said Premises accessible to and usable by individuals with disabilities to the full extent required by Title III of the ADA by rectifying the following specific ADA Violations located in the men's restroom at the Premises:

    a. Failing to provide operable parts that are functional or are in the proper reach ranges as required for a person with a disability in violation of 2010 ADAAG §§309, 309.1, 309.3 and 309.4 and/or §§4.27 and 4.27.4 of the 1991 ADA Standards.

    b. Providing grab bars of improper horizontal length or spacing on the back or side wall in violation of 2010 ADAAG §§604, 604.5, 604.5.1, 604.5.2, 609 and 609.4 and/or §§4.26 and 4.26.2 of the 1991 ADA Standards.

    c. Failing to provide a coat hook within the proper reach ranges for a person with a disability in violation of 2010 ADAAG §§603, 603.4 and 308 and/or §§4.25.3, 4.2.5 and 4.1.3 of the 1991 ADA Standards.

    d. Failing to provide mirror(s) located above lavatories or countertops at the proper height above the finished floor in violation of 2010 ADAAG §§603 and 603.3 and/or §§4.19 and 4.19.6 of the 1991 ADA Standards.

    e. Failing to provide a paper towel dispenser at the correct height above the finished floor in violation of 2010 ADAAG §§606, 606.1 and 308 and/or §§4.27, 4.22.7 and 4.23.7 of the 1991 ADA Standards.

    f. Failing to provide a soap dispenser at the correct height above the finished floor in violation of 2010 ADAAG §§606, 606.1 and 308 and/or §4.16.6 of the 1991 ADA Standards.

    g. Failing to provide the water closet in the proper position relative to the side wall or partition in violation of 2010 ADAAG §§604 and 604.2 and/or §§4.16, 4.17.2 and 4.17.3 of the 1991 ADA Standards.

    h. Failing to provide proper signage for an accessible restroom or failure to redirect a person with a disability to the closest available accessible restroom facility in violation of 2010 ADAAG §§216, 216.2, 216.6, 216.8, 703, 703.1, 703.2, 703.5 and 703.7.2.1 and/or §§4.30 and 4.30.1 of the 1991 ADA Standards.

Plaintiff SANTIAGO ABREU shall recover from Defendant NEAT ENTERPRISES, INC. d/b/a HOOKAH INN LOUNGE the sum of Five Thousand Four Hundred Fourteen Dollars and Eighteen Cents ($5,414.18), for attorneys' fees and costs plus interest according to law from the date of this Judgment until the entire amount is paid, for which let execution issue forthwith.

    **DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this <u>13th</u> day of October, 2016.

Copies furnished to:  
Counsel of record

ROBIN L. ROSENBERG  
UNITED STATES DISTRICT JUDGE